1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702
   Facsimile: (510) 747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  **UNITED STATES OF AMERICA,**        NO. **C01-457M**

13              Plaintiff,

14  v.
                                        **STIPULATED ORDER OF**
15  **SHIRLEY G. WILSON aka**            **CONTINUING GARNISHMENT**
    **WALKER,**

16              Defendant,

17  and

18  **FARMERS INSURANCE GROUP,**

19              Garnishee.        /

20  _____

21       IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of

22  America, and Judgment Debtor, Shirley G. Wilson aka Walker, that garnishee, Farmers

23  Insurance Group, withhold $250.00 per month from Judgment Debtor's non-exempt

24  disposable income, commencing January, 2013, until the entire current judgment principal, last

25  compounded on April 11, 2012, in the amount of $35,014.41, (original judgment in the amount

26  of $24,012.71 entered April 11, 2001) plus interest compounded annually pursuant to 11 USC

27  §1961(b) at the rate of 4.000 % per annum on said current judgment principal in the amount

28  of $1,040.94 through and including January 08, 2013 (total balance due is $35,055.35 as of

STIPULATED GARNISHMENT ORDER, US v. Wilson/Walker, CAND # C01-457M                    1

1    January 8, 2013), has been paid in full or until the garnishee no longer has custody,

2    possession or control of any property belonging to the debtor or until further Order of this

3    court.

4        IT IS HEREBY FURTHER STIPULATED that FARMERS INSURANCE GROUP,

5    Garnishee, immediately remit to the United States Department of Justice the above mentioned

6    payments as and for the month of January, 2013, and as and for each month thereafter.

7        IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the

8    U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box

9    790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim

10   number **1999B68101** on each check for posting purposes.

11       IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail

12   from judgment creditor to judgment debtor, shall submit a financial statement to judgment

13   creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

14       IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title

15   28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a

16   judge of the United States District Court and consent to have a United States magistrate judge

17   conduct any and all further proceedings in the case. It is understood that any appeal from an

18   order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United

19   States Court of Appeals in the same manner as an appeal from any other judgment of a District

20   Court.

21       By her signature hereafter, SHIRLEY G. WILSON aka WALKER acknowledges that she

22   has read, understands and waives all of her rights under the CLERK'S NOTICE OF POST-

23   JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST FOR

24   HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR

25   HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION

26   FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT

27   ///

28   ///

1  OF CONTINUING GARNISHMENT in exchange for the herein payment stipulation.

2

3  Dated: January 08, 2013

_____
Michael Cosentino, Counsel for United States

4

5  Dated: January 08, 2013

_Shirley G. Wilson-Walker_
SHIRLEY G. WILSON aka WALKER

6

7  **IT IS SO ORDERED.**

8

9  Dated: January 11, 2013

_____
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28